REVEREND LESLIE LEE DEAN, PETITIONER *v.*
UNITED STATES, RESPONDENT

Court No. 81–5–00668

(Dated August 26, 1981)

RE, *Chief Judge:* Upon application by the petitioner on June 15, 1981 and upon the representations contained therein, it is hereby

ORDERED that said application to proceed *in forma pauperis* is granted, and pursuant to section 1915(a) of Title 28, United States Code, the petitioner shall be allowed to proceed without the payment of fees, costs or security therefor; and it is further

ORDERED that, pursuant to section 1915(d) of Title 28, United States Code, Herbert E. Harris II, Esq. and Brian E. McGill, Esq. of the firm Harris, Berg and Creskoff, are hereby appointed to serve without fee and to appear generally for the petitioner, as his attorney and counsellor at law, through all proceedings in this case, unless sooner relieved by order of Court.